IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

Vs.                         Case #4:01cr00115-01 JMM

ROBERT DALLAS WARD                                                    DEFENDANT

## ORDER

Defendant appeared for a hearing to consider modifying his supervised release on August 9, 2007. Defendant's conditions of supervised release are modified to include the following:

Defendant shall participate in mental health counseling specializing in sexual offender treatment under the guidance and supervision of the United States Probation Officer and abide by the rules, requirements, and conditions of the treatment program, including submitting to polygraph testing to aid in the treatment and supervision process. These modifications should not interfere with Defendant's employment.

All other conditions of supervised release remain in effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office.

IT IS SO ORDERED this 9 day of August, 2007.

UNITED STATES DISTRICT JUDGE