PROB 12C
ED/AR (2/2005)

# United States District Court
## for the
## Eastern District of Arkansas
### Petition for Summons for Offender Under Supervision

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT - 9 2007

JAMES W. McCORMACK, CLERK

Name of Offender: Robert Dallas Ward        Case Number: 4:01CR00115-01 JMM

Name of Sentencing Judicial Officer:    Honorable George Howard, Jr.
                                        United States District Judge

                                        Reassigned June 19, 2007: Honorable James M. Moody
                                        United States District Judge

Offense:            Receipt of child pornography

Date of Sentence:   December 10, 2001

Sentence:           46 months Bureau of Prisons, 3 years supervised release, defendant shall not
                    subscribe to any Internet providers nor shall he use the service of the Internet,
                    defendant shall be subject to occupation restrictions including employment
                    where he will be in contact with minor children, mental health counseling and
                    $100 special penalty assessment

                    August 9, 2007: Conditions modified to include defendant shall participate
                    in mental health counseling specializing in sexual offender treatment under
                    the guidance and supervision of the United States Probation Officer and abide
                    by the rules, requirements, and conditions of the treatment program,
                    including submitting to polygraph testing to aid in the treatment and
                    supervision process. These modifications should not interfere with
                    defendant's employment.

Type of Supervision: Supervised Release        Date Supervision Commenced: January 21, 2005
                                               Expiration Date: January 20, 2008

Asst. U.S. Attorney: Robert J. Govar           Defense Attorney: Jerome Kearney

U.S. Probation Officer: Dwayne M. Ricks
Phone No.: 501-604-5273

---

## PETITIONING THE COURT

The offender has violated the following condition(s) of supervision:

Condition    Nature of Noncompliance

**General    The defendant shall not commit another federal, state, or local crime.**
             On September 22, 2007, Mr. Ward was arrested by the White County Sheriff's
             Department and charged with domestic battery, 3rd degree in White County Circuit Court.
             The incident involved Mr. Ward allegedly hitting his 9 year old daughter. On
             September 25, 2007, he was released on $1,000 bond. His court date is set for
             November 13, 2007.

Prob 12C                                    -2-                         Petition for Warrant for
                                                                        Offender Under Supervision

Name of Offender: Robert Dallas Ward                Case Number: 4:01CR00115-01 JMM

It is requested that a summons be issued and a revocation hearing held. Mr. Ward is represented by
Assistant Federal Public Defender, Jerome Kearney. The Government is represented by Assistant U.S.
Attorney Robert J. Govar.

On September 25, 2007, during Mr. Ward's first appearance in White County District Court he was
served with a no contact order. As a result of this order, Mr. Ward was not allowed to have any contact
with his daughter and son, which resulted in him moving out of the home. Mr. Ward is presently living
in his car which is parked on the parking lot of the Phillip 66 Truck Stop in Bald Knob, Arkansas, where
he works.

I declare under penalty of perjury that the foregoing
is true and correct.

Executed on  10/9/07

/s/ Dwayne Ricks                                    /s/ Robert J. Govar

Dwayne M. Ricks                                     Robert J. Govar
U.S. Probation Officer                              Assistant U.S. Attorney
Date:  10/9/07                                      Date:  10-9-07

This form is to be filed with Criminal Docketing as a motion.

Approved:

/s/ Rebecca Fulmer

Supervising U.S. Probation Officer

DMR/jkr

c:  Assistant Federal Public Defender, Jerome Kearney, 1401 West Capitol Avenue, Suite 490, Little
    Rock, AR 72201
    Assistant U.S. Attorney, Robert J. Govar, P.O. Box 1229, Little Rock, AR 72203